HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTIAN ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN ESPINOZA,<br><br>Defendant. | Case No. 1:21-cr-00191-JLT-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR TRIAL; ORDER**<br><br>Date:   December 5, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Christina Corcoran, counsel for Christian Espinoza, that the Court may vacate the status conference currently scheduled for March 29, 2023, at 1:00 p.m. and set this matter for a jury trial on December 5, 2023, at 8:30 a.m.

On March 13, 2023, the Court directed the parties to meet and confer and select a mutually convenient trial date. The parties have selected Tuesday, December 5, 2023, at 8:30 a.m. The parties agree and request that the Court make the following findings:

1. The government has represented that the discovery associated with this case includes reports, photographs, and audio files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

2. Counsel for Mr. Espinoza requires additional time to consult with her client

1 regarding the case, conduct necessary investigation, and prepare for trial.

2     3.    Counsel for Mr. Espinoza believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4.    The government does not object to the continuance.

    5.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    6.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 29, 2023, to December 5, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 24, 2023    */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2023    */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
CHRISTIAN ESPINOZA

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 29, 2023, is hereby vacated. This matter is set for a jury trial on December 5, 2023, at 8:30 a.m. For the reasons set forth in the stipulation, the time period of March 29, 2023, to December 5, 2023, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Date: 3/24/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States District Judge