HEATHER E. WILLIAMS, CA # 122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTIAN ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN ESPINOZA,<br><br>Defendant. | Case No. 1:21-cr-00191-JLT-SKO<br><br>**UNOPPOSED MOTION TO VACATE RESENTENCING HEARING; ORDER** |

Christian Espinoza hereby submits this unopposed motion to vacate the resentencing hearing set for March 30, 2026.

On January 12, 2026, the Court ordered that a bench warrant be issued for the arrest of the defendant pertaining to Pretrial Services' Violation Petition.  ECF Dkt. # 81.  To date, that warrant has not been executed.

The government is prepared to move forward with the March 30 resentencing hearing; however, at this time, defense counsel cannot confirm that Mr. Espinoza has received notice of the hearing.  In light of the existing warrant, defense counsel files this unopposed motion to vacate Monday's resentencing hearing and requests for the matter to be heard at such time in the future when Mr. Espinoza appears.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 27, 2026

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
CHRISTIAN ESPINOZA

## FINDINGS AND ORDER

Based upon the representations in defense counsel's unopposed motion, the Court vacates the March 30, 2026 hearing.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

UNITED STATES DISTRICT JUDGE